# SETTLEMENT AGREEMENT
# WAIVER AND RELEASE

Yolanda Buford ("Plaintiff") and Custom Professional Management ("CPM" or the "Company") have reached an agreement as follows:

1. Plaintiff Yolanda Buford, will receive from the Company the amount of three thousand four hundred fifty-two dollars and fifty cents ($3,452.50) in back wages; plus an equal amount of three thousand four hundred fifty-two dollars and fifty cents ($3,452.50) in liquidated damages;

2. Plaintiff's counsel, V. Severin Roberts, will receive the amount of five thousand three hundred ninety-five dollars ($5,395) as reasonable attorneys' fees and costs;

3. Upon the Court's approval, Plaintiff will voluntarily dismiss the action styled: *Yolanda Buford v. Custom Professional Management, Inc.*, 1:16-CV-02931-LMM (N.D.Ga., Atlanta Div.)

4. This settlement constitutes full and complete satisfaction of Plaintiff's claims against Defendant under the Fair Labor Standards Act, 29 U.S.C. §207.

5. Plaintiff acknowledges that she would not receive this consideration without this Waiver and Agreement, that the consideration set forth above is all that was promised to her, and acknowledges the receipt and sufficiency of this consideration.

6. This Waiver and Agreement constitutes the entire agreement between the Company and Employee.

Based on the above, I waive for myself, and any and all persons who may act for me or on my behalf, all my rights and claims that I have and/or that may have arisen under the Fair Labor Standards Act before the date I sign this Waiver and Agreement, for all actions taken prior to this date by the Company, its associated companies, its managers, supervisors and all persons who act on behalf of the Company.

I have carefully read this Waiver and Agreement and I sign this Waiver and Agreement knowingly and voluntarily this 12th day of September, 2016.

_____
Yolanda Buford, Plaintiff

_____
V. Severin Roberts, Attorney for Plaintiff