IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| YOLANDA BUFORD, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 1:16-CV-02931-LMM |
| | ) | |
| CUSTOM PROFESSIONAL MANAGEMENT, LLC, | ) | JURY TRIAL DEMANDED |
| | ) | |
| *Defendant*. | ) | |
| _____ | ) | |

## ORDER

The parties presented a Joint Motion for Approval of Settlement Agreement (the "Motion), whereby they seek the Court's approval of the settlement on the terms as set forth the proposed Settlement Agreement and the Plaintiff will voluntarily dismiss their action.

Having read and considered the Motion, reviewed the Settlement Agreement between the Plaintiff and Defendant (collectively, the "Settlement"), and conducted a telephone hearing, the Court hereby finds that the Settlement is fair and reasonable and approves the same. Accordingly, the parties' Motion is hereby GRANTED and Plaintiff's claims are hereby dismissed with prejudice, as provided in the Settlement. The Clerk is instructed to close this case.

Entered this 28th day of September, 2016.

                                                         _____
                                                         HON. LEIGH MARTIN MAY
                                                         Judge, United States District Court